# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 7, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147522(64)

In re AJR, Minor.

SC: 147522
COA: 312100
Kent CC Family Division:
12-024817-AY

_____/

On order of the Chief Justice, the motion of the Family Law Council of the State Bar of Michigan for leave to file an amicus curiae brief is GRANTED. The amicus brief submitted on March 5, 2014 is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 7, 2014



Clerk